# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0940
Lower Tribunal No. 2023-CA-014288

_____

PETER A. LIGGATT,

Appellant,

v.

GOLDMAN SACHS MORTGAGE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Patricia L. Strowbridge, Judge.

April 21, 2026

PER CURIAM.

AFFIRMED.

STARGEL, GANNAM and PRATT, JJ., concur.


Anthony N. Legendre, II, of Law Offices of Legendre & Legendre, PLLC, Maitland, for Appellant.

Robert R. Edwards and David Rosenberg, of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED